RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  12/12/07
       6H

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **KEVIN T. WALKER** | **CIVIL ACTION NO. 07-1698** |
| **VS.** | **SECTION P** |
| **TERRY TERRELL, WARDEN** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2007.

_____
**RICHARD T. HAIK, SR.**
**CHIEF JUDGE**